**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| Q.C. ONICS VENTURES, LP | ) | **BANKRUPTCY CASE #06-10628** |
| | ) | **CHAPTER 7** |
| DEBTOR | ) | |

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #13 | McMaster-Car Supply Co.<br>Attn:  Stephanie Phifer<br>200 Aurora Industrial Pkwy<br>Aurora, OH  44202 | $.82 |
| Claim #21 | Allied Electronics<br>P.O. Box 2325<br>Fort Worth, TX  76113-2325 | $3.24 |
| Claim #23 | MSC Industrial Supply<br>75 Maxess Road<br>Melville, NY  11747 | $.75 |
| Claim #63 | C.A. Nedele & Sons<br>313 Mechanic Street<br>Angola, IN  46703 | $.94 |
| Claim #69 | Daniels MFR Corp.<br>P.O. Box 593872<br>Orlando, FL  32859-3872 | $.83 |
| Claim #75 | Centennial Wireless<br>3811 Illinois Road, Suite 212<br>Fort Wayne, IN  46804 | $1.96 |
| Claim #79 | Daniels MFR Corp.<br>P.O. Box 593872<br>Orlando, FL  32859-3872 | $.83 |
| Claim #82 | C.A. Nedele & Sons | $.94 |

313 Mechanic Street
Angola, IN  46703

Claim #87      Quill Corporation                          $.88
               P.O. Box 94081
               Palatine, IL  60094-4081


Total Check Amount =  $11.19

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana  46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 3rd day of March 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee